FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TREE TOP RETIREMENT PLAN COMMITTEE as the Plan Administrator of the Tree Top, Inc. Pension Plan for Tree Top, Inc.,

Plaintiff,

v.

PAULINA SCHOO, an individual, JUAN GARCIA, an individual, and SUMMER ROSE GARCIA, an individual,

Defendants.

No. 2:26-CV-00342-ACE

ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

**ECF No. 7**

**BEFORE THE COURT** is Plaintiff's November 3, 2026 motion to substitute Summer Rose Garcia in place of deceased Defendant Abel Garcia. ECF No. 7. Plaintiff is represented by Joshua M. Goldberg; Defendants have not yet appeared in the case.

Pursuant to Fed. R. Civ. P. 25(a)(1), if a party dies, and the claim is not extinguished, the Court may order substitution of the proper party.

Abel Clemente Garcia died on June 27, 2026, Plaintiff received proof of death on September 10, 2026, and the death certificate identifies Summer Rose Garcia as Abel Garcia's surviving spouse. ECF No. 7-1. As Abel Garcia's surviving spouse, Summer Rose Garcia is a proper party to substitute for Abel Garcia.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Substitute, **ECF No. 7**, is **GRANTED**.

2. **Summer Rose Garcia is substituted as a defendant in this case in lieu of Abel Garcia**, and the docket and all future case captions shall reflect Summer Rose Garcia as a defendant in place of Abel Garcia.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide a copy to Plaintiff.

DATED November 17, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE